UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C<br><br>**Plaintiff**<br><br>vs.<br><br>Charles M. Werenko<br><br><br><br>**Defendant**<br>Penobscot County Federal Credit Union<br><br>**Party-In-Interest** | Case No. 1:23-cv-00181-LEW |

**JUDGMENT OF FORECLOSURE AND SALE**
1876 Hudson Road, Hudson, Maine
Book:  11384, Page 102

      This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on December 15, 2023.  Plaintiff, U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C, was present and represented by Reneau J. Longoria, Esq.  Defendant, Charles M. Werenko, did not appear; Party-In-Interest, Penobscot County Federal Credit Union did not appear.

      All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED.  Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C ("U.S. Bank") the amount adjudged due and owing ($140,550.73) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

   | Description | Amount |
   | --- | ---: |
   | Principal Balance | $125,394.19 |
   | Interest | $2,677.40 |
   | Unpaid Late Charges | $63.84 |
   | Total Advances | $5,033.03 |
   | Escrow Advance | $7,382.27 |
   | **Grand Total** | **$140,550.73** |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($140,550.73) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his/her remaining rights to possession of the Hudson Property shall terminate, and U.S. Bank shall conduct a public sale of the Hudson Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $140,550.73 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S. § 6324.  U.S. Bank <u>may not</u> seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, U.S. Bank may reopen this

matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5  The amount due and owing is $140,550.73.

6  The priority of interests is as follows:

- U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C has first priority, in the amount of $140,550.73, pursuant to the subject Note and Mortgage.

- Penobscot County Federal Credit Union who has been defaulted, has the second priority behind the Plaintiff pursuant to a Writ of Execution dated January 25, 2022, in the amount of $2,852.83, and recorded in the Penobscot County Registry of Deeds in Book 16370, Page 53.

- Charles M. Werenko has the third priority behind the Plaintiff.

7. The prejudgment interest rate is 1.00000%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 10.69% pursuant to 14 M.R.S. § 1602-C (West 2022) (The one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue – December 2022, 4.69%, plus 6% for a total post-judgment interest rate of 10.69%).

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Charles M. Werenko<br>1876 Hudson Road<br>Hudson, ME 04449 | Pro Se |
| PARTY-IN-INTEREST | Penobscot County Federal Credit Union<br>205 Main St<br>PO Box 424<br>Old Town , ME 04468 | Pro Se |

a) The docket number of this case is No. 1:23-cv-00181-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 1876 Hudson Road, Hudson, ME 04449, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 1876 Hudson Road, Hudson, ME 04449.  The Mortgage was executed by the Defendant, Charles M. Werenko on April 5, 2008.  The book and page number of the Mortgage in the Penobscot

    County Registry of Deeds is Book 11384, Page 102.

e)   This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 1876 Hudson Road, Hudson, ME 04449.

SO ORDERED.

Dated this 2nd day of January, 2024.

                                                        /s/ Lance E. Walker  
                                                    UNITED STATES DISTRICT JUDGE